**AKERMAN SENTERFITT LLP**
JUSTIN D. BALSER (SBN 213478)
Email: justin.balser@akerman.com
DONALD M. SCOTTEN (SBN 190532)
Email: donald.scotten@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

**AKERMAN SENTERFITT LLP**
JUSTIN D. BALSER (SBN 213478)
Email: justin.balser@akerman.com
511 Sixteenth Street, Suite 420
Denver, Colorado 80202
Telephone: (303) 260-7712
Facsimile: (303) 260-7714

Attorneys for Defendant
AURORA LOAN SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| HPG CORPORATION, a corporation; TWIN BUILDERS FOUNDATION CORPORATION, a non-profit corporation; HOME AND BUSINESS PRESERVATION GROUP CORPORATION, a non-profit corporation; CRESENCIO CAROLINO, an individual; FLORO ESPINOSA, an individual; BENJAMIN BUENVIAJE an individual; EDUARDO FERRER, an individual; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES, a corporation; HOUSEHOLD FINANCE CORP OF CALIFORNIA, a corporation; ING DIRECT, a corporation; on behalf of themselves and as representatives for all others similarly situated,<br><br>Defendants. | Case No. 2:10-CV-00374-FCD-KJM<br>The Hon. Frank C. Damrell, Jr.<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS**<br><br>[ED Cal. Local Rule 6-144(a)]<br><br><br><br>Complaint Filed: February 12, 2010<br>Trial Date: None |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiffs and Aurora Loan Services LLC (**Aurora**) hereby stipulate as follows:

WHEREAS, plaintiffs filed their complaint on February 12, 2010;

WHEREAS, plaintiffs served Aurora with the complaint on June 18, 2010;

WHEREAS, the parties agree that Aurora shall have to and including July 19, 2010 to file its responsive pleading in the above-captioned matter.

NOW THEREFORE, the parties stipulate to an extension of time to July 19, 2010 for Aurora to respond to the plaintiff's complaint.

**IT IS SO STIPULATED.**

Dated: July 8, 2010                    Respectfully submitted,

**AKERMAN SENTERFITT LLP**

By: *s/ Justin D. Balser*
    Justin D. Balser
Attorneys for Defendant
AURORA LOAN SERVICES LLC


By: *s/ Jennifer B. Siverts-McGrady**
    Jennifer B. Siverts-McGrady
Attorneys for Plaintiffs
HPG CORPORATION a corporation; TWIN BUILDERS FOUNDATION CORPORATION, a non-profit corporation; HOME AND BUSINESS PRESERVATION GROUP CORPORATION, a non-profit corporation; CRESENCIO CAROLINO, an individual; FLORO ESPINOSA, an individual; BENJAMIN BUENVIAJE an individual; EDUARDO FERRER, an individual; on behalf of themselves and all others similarly situated
*(*e-signature approved by counsel via email on July 7, 2010)*

**ORDER**

For good cause appearing, the Court grants the request of the parties as set forth in the above-stipulation.  Aurora Loan Services LLC shall have up to and until July 19. 2010 to file its responsive pleading to plaintiffs' complaint in this matter.

**IT IS SO ORDERED.**

Dated: July 8, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

3                               CASE NO. 2:10-CV-00374-FCD-KJM
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**