Jennifer B. Siverts-McGrady   SBN#247060
Law Office Of Jennifer B. Siverts-McGrady
4455 Morena Blvd, Sutie 213
San Diego, CA 92117
T: 858-272-5800
F: 858-272-2874
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| HPG CORPORATION, et al.,<br><br>         Plaintiffs,<br><br>   v.<br><br>AURORA LOAN SERVICES, LLC, et al.,<br><br>         Defendants. | **2:10-cv-00374-FCD-KJM**<br><br>**CLASS ACTION**<br><br>**ORDER DISMISSING DEFENDANT HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA FROM THIS ACTION WITH PREJUDICE**<br><br>Judge:  Hon. Frank C. Damrell<br><br>Action Filed:  February 8, 2010 |

   Upon consideration of the *Plaintiffs' and Defendant Household Finance Corporation of California's Stipulation to Dismiss Defendant Household Finance Corporation of California from this Action With Prejudice*, and for good cause having been shown, IT IS HEREBY ORDERED THAT Defendant Household Finance Corporation of California be dismissed from this action with prejudice.

   **IT IS SO ORDERED.**

Dated: September 3, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE