IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HPG CORPORATION, et al., | | |
| | Plaintiffs, | No. 2:10-cv-00374 KJM KJN (TEMP) |
| vs. | | |
| AURORA LOAN SERVICES, et al. | | |
| | Defendants. | ORDER |
| _____/ | | |

        Presently calendared for hearing on February 24, 2011, is the motion to set aside default filed by defendant Ing Direct. (Dckt. No. 41.) Plaintiff has filed a statement of non-opposition. (Dckt. No. 46.) Upon review of the documents in support, no opposition having been filed, and good cause appearing, IT IS HEREBY ORDERED that:

        1. The hearing date of February 24, 2011, on defendant's motion to set aside default is vacated.

        2. The motion to set aside default (Dckt. No. 41) is granted.

        3. The Clerk's entry of default (Dckt. No. 37) is vacated.

////

////

////

       4. A responsive pleading to the complaint shall be filed by defendant Ing within twenty-one days from the date of this order.

DATED:  February 17, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hpg-aurora.def