1 Jennifer B. Siverts-McGrady    CA SBN 247060
2 Law Offices of Jennifer B. Siverts-McGrday
3 4455 Morena Blvd., Suite 213
San Diego, CA 92117
4 T: (858) 272-5800
Jennifer@jbsmlaw.com
5

6 Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HPG CORPORATION, *et al.*, | Case No. 2:10-cv-00374-KJM KJN |
| Plaintiffs, | **ORDER GRANTING STIPULATION AND DISMISSING DEFENDANT ING DIRECT FROM THIS ACTION WITHOUT PREJUDICE AND DISMISSING THE CASE** |
| v. | |
| AURORA LOAN SERVICES, LLC, *et al.*, | |
| Defendants. | Judge: Kimberly J. Mueller. |

Based on the stipulation of counsel for Plaintiffs and Defendant ING DIRECT, filed as Document 48, and good cause appearing, the Court grants the stipulated request and dismisses Plaintiffs HPG CORPORATION, TWIN BUILDERS FOUNDATION CORPORATION, HOME AND BUSINESS PRESERVATION GROUP CORPORATION, EDUARDO FERRER and Defendant ING DIRECT, from this action without prejudice.

IT IS SO ORDERED.

Dated: March 30, 2011.

_____
UNITED STATES DISTRICT JUDGE

1